UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC E. FLENTOIL,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY DEPT. OF CORRECTIONS, et al.,<br><br>        Defendants. | Case No. 18-cv-03486-EMC<br><br>**ORDER OF DISMISSAL** |

On February 5, 2020, mail was sent from the Court to Plaintiff at the most recent address he provided to the Court and was returned undelivered on March 19, 2020, bearing a stamp that read in part "return to sender – attempted, not known - unable to forward." Docket No. 49. Additional mail sent to that address was returned on April 13 and 27, 2020. Docket Nos. 52, 54. Plaintiff has not provided any newer address other than the address to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the Court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is

///
///
///
///
///

returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail.  This action is **DISMISSED** without prejudice because Plaintiff failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

**IT IS SO ORDERED**.

Dated: June 9, 2020

_____
EDWARD M. CHEN
United States District Judge

2